**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MATTHEW BROWN,

    Plaintiff,

  v.

STATE OF NEVADA, *et al.*,

    Defendants.

Case No. 2:17-CV-00832-JCM-CWH

**ORDER**

**I.   DISCUSSION**

In its March 19, 2018 Screening Order, the Court dismissed Plaintiff's complaint without prejudice, with leave to amend the complaint. (ECF No. 7 at 11). The Court ordered Plaintiff to file his amended complaint within 30 days of the date of that order. (*Id.*) The amended complaint therefore is due on April 18, 2018. The Court also advised Plaintiff that, if he did not file the amended complaint by that deadline, the action would be dismissed with prejudice for failure to state a claim. (*Id.*) Plaintiff now has filed a motion for extension of time to file his amended complaint. (ECF No. 9). Plaintiff also has filed a request for production of documents. (ECF No. 10). The Court grants the motion for an extension of time to file the complaint. Plaintiff shall file his amended complaint on or before May 2, 2018. However, the Court denies the request for production of documents. Plaintiff is advised that discovery will not begin until after Plaintiff states a colorable claim and the action proceeds.

**II.   CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for extension of time to file an amended complaint (ECF No. 9) is granted. Plaintiff shall file his amended complaint on

or before May 2, 2018.

IT IS FURTHER ORDERED that failure to comply with this order will result in a recommendation that this case be dismissed.

IT IS FURTHER ORDERED that Plaintiff's Request for Production of Documents (ECF No. 10) is denied without prejudice.

DATED: April 4, 2018

_____
United States Magistrate Judge