UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| MATTHEW BROWN, | Case No. 2:17-cv-00832-JCM-CWH |
|---|---|
| Plaintiff, | SCREENING ORDER |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Defendants. | |

Presently before the court is the matter of *Brown v. State of Nevada*, case number 2:17-cv-00832-JCM-DJA.

On April 27, 2020, the magistrate judge granted plaintiff's request to stay discovery for 90 days due to his release from custody on July 18, 2020. (ECF No. 33). Plaintiff indicated that he may acquire counsel at that time. (*Id.*). The stay automatically lifted on July 26, 2020. (*Id.*).

The parties are ordered to file a status report—jointly or separately—with suggestions as to how this case is expected to proceed, or in the alternative, relevant dismissal papers, within 10 days of this order. Failure to do so may lead to sanctions, including dismissal.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the remaining parties shall file, within 10 days of this order, a status report or relevant motion in accordance with the foregoing.

DATED August 24, 2020.

_____
UNITED STATES DISTRICT JUDGE

1